IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**Bradly and Tara Hanson,**
    **Plaintiffs,**

vs.           Case No.  20-cv-00412

**Eagle Loan Company of Ohio, Inc.,**
    **Defendant.**

## NOTICE OF SETTLEMENT

Plaintiffs Bradly and Tara Hanson ("Plaintiffs") hereby provide notice to the Court that they have reached a settlement of the above-entitled action fully resolving all claims asserted by Plaintiffs against Defendant Eagle Loan Company of Ohio, Inc.

Upon finalization of the settlement, Plaintiffs will file a proposed Dismissal Order of this action, and all claims asserted herein, with prejudice.

DATED: August 10, 2020     By:     /s/Benjamin M. Sheridan
                                                   Benjamin M. Sheridan (# 11296)
                                                   Klein & Sheridan, LC
                                                   3566 Teays Valley Rd
                                                   Hurricane, WV 25526
                                                   Phone: (304) 562-7111
                                                   ben@kleinsheridan.com
                                                   *Counsel for Plaintiffs*


                       Agreed to by:     /s/ Leigh Gross Latherow *(w/permission)*
                                                   Leigh Gross Latherow
                                                   Scott W. Andrews
                                                   Vanantwerp Attorneys, LLP
                                                   1544 Winchester Ave., 5th Floor
                                                   Ashland, KY 41105-1111
                                                   llatherow@vanattys.com
                                                   sandrews@vanattys.com
                                                   *Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**Bradly and Tara Hanson,**
  **Plaintiffs,**

vs.                  Case No. 20-cv-00412

**Eagle Loan Company of Ohio, Inc.,**
  **Defendant.**

## CERTIFICATE OF SERVICE

I, Benjamin M. Sheridan, attorney for the Plaintiffs, certify that I served a true copy of the foregoing **"Notice of Settlement"** with *Certificate of Service* on the following Defendants listed at the addresses below **via the Court's CM/ECF system** on this 10th day of August, 2020.

Leigh Gross Latherow
Scott W. Andrews
Vanantwerp Attorneys, LLP
1544 Winchester Ave., 5th Floor
Ashland, KY 41105-1111
llatherow@vanattys.com
sandrews@vanattys.com

*Counsel for Defendant*

            /s/Benjamin M. Sheridan
            Benjamin M. Sheridan (# 11296)
            Klein & Sheridan, LC
            3566 Teays Valley Rd
            Hurricane, WV 25526
            Phone: (304) 562-7111
            ben@kleinsheridan.com

            *Counsel for Plaintiffs*