IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

**BRADLY AND TARA HANSON,**
     **PLAINTIFFS,**

vs.                                                              **CASE NO. 2:20-cv-00412**

**EAGLE LOAN COMPANY OF OHIO, INC.,**
     **DEFENDANT.**

## AGREED ORDER DISMISSING WITH PREJUDICE

The parties, Bradly Hanson and Tara Hanson, and Eagle Loan Company of Ohio, Inc., hereby agree, and the Court being otherwise sufficiently advised, it is hereby ORDERED AND ADJUDGED that this case is hereby DISMISSED with prejudice with each party to bear their own costs.

**Date of Entry: August 24, 2020**

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

HAVE SEEN AND AGREED TO:

/s/ Scott W. Andrews *(w/ permission)*
Leigh Gross Latherow (Bar No. 12116)
Scott W. Andrews (Bar No. 5772)
VANANTWERP ATTORNEYS, LLP
1544 Winchester Avenue, 5th Floor
P.O. Box 1111
Ashland, KY 41105-1111
llatherow@vanattys.com
sandrews@vanattys.com
Office: (606) 329-2929
Fax: (606) 329-0490
*Counsel for Defendant,*
*Eagle Loan Company of Ohio, Inc.*

/s/ Benjamin M. Sheridan
Benjamin M. Sheridan (#11296)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
Office: (304) 562-7111
Fax: (304) 562-7115
ben@kleinsheridan.com
*Counsel for Plaintiffs,*
*Bradly and Tara Hanson*